THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
State of S.C.,       
Respondent,
 
 
 

v.

 
 
 
James C. Perkins,       
Appellant.
 
 
 

Appeal From Jasper County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2003-UP-716
Submitted October 15, 2003  Filed December 11, 2003 

AFFIRMED

 
 
 
James C. Perkins, of Stockton, for Appellant.
Gail Lovell, of Ridgeland, for Respondent.
 
 
 

PER CURIAM:  Appellant, James C. Perkins, 
 was charged with speeding and driving with expired tags.  Perkins was found 
 guilty as charged in a jury trial in magistrates court, and he appealed to 
 the circuit court.  The circuit court affirmed.  We affirm pursuant to Rule 
 220(b)(2), SCACR and the following authorities:  State v. King, 349 S.C. 
 142, 157, 561 S.E.2d 640, 648 (Ct. App. 2002) (argument that is conclusory and 
 contains no citation support is deemed abandoned); State v. Tyndall, 
 336 S.C. 8, 16-17, 518 S.E.2d 278, 282 (Ct. App. 1999) (defendants reliance 
 on cases cited in brief on appeal was deemed abandoned where he included only 
 one sentence reference to cases in his brief and did not include in his argument 
 any discussion of cases or their applicability); Rule 208(b)(1)(D), SCACR (The 
 brief shall be divided into as many parts as there are issues to be argued.  
 At the head of each part, the particular issue to be addressed shall be set 
 forth in distinctive type, followed by discussion and citations of authority.); 
 State v. Mitchell, 330 S.C. 189, 194, 498 S.E.2d 642, 645 (1998) (burden 
 is on appellant to provide a sufficient record for review); State v. Hicks, 
 330 S.C. 207, 216, 499 S.E.2d 209, 214 (1998) (an issue must be raised to and 
 ruled on by lower court to be preserved for appellate review); State v. Black, 
 319 S.C. 515, 518 n. 2, 462 S.E.2d 311, 313 n. 2 (Ct. App. 1995) (an exception 
 to the trial courts ruling will be deemed abandoned where the appellant fails 
 to specifically argue it in his brief); Loftin v. State, 278 S.C. 376, 
 377, 296 S.E.2d 532, 533 (1982) (issue cannot be raised for the first time on 
 appeal).
AFFIRMED
HUFF, STILWELL, and BEATTY, JJ., concur.